IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-mj-001157-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAULA OLIVIA GONZALEZ,

    Defendant.

---

## ORDER

---

THIS MATTER came to be considered on the government's motion, under 18 U.S.C. §3148, for revocation of release conditions for defendant Paula Olivia Gonzalez, on the grounds that this defendant failed to comply with all the requirements of the bond conditions. Upon review of the government's motion it is:

**ORDERED** that the government's motion is hereby GRANTED. Therefore, the defendant's bond is hereby REVOKED, and a warrant for the arrest of defendant Paula Olivia Gonzalez shall issue FORTHWITH for the purpose of bringing the defendant before this Court for a hearing under 18 U.S.C. § 3148.

DONE and ORDERED this _10th_ day of January, 2013.

                BY THE COURT:

                _____
                Magistrate Judge Kristen L. Mix
                United States District Court
                District of Colorado